UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MERRIMACK MUTUAL FIRE INSURANCE CO., <br>     *Plaintiff*, <br><br> v. <br><br> KENNETH S. SHERBACOW and MARYANNE SHERBACOW <br><br> and <br><br> CARRINGTON MORTGAGE SERVICES, LLC, <br>     *Defendants*. | Case No. 3:19-cv-01223-MPS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree that all claims asserted in this action shall be dismissed with prejudice, without right of appeal, and with each party bearing its own costs and fees.

*[LEFT INTENTIONALLY BLANK – SIGNATURES ON FOLLOWING PAGE]*

{K0826614.1}

| | |
|---|---|
| The Plaintiff, by: | The Defendants, Kenneth and Maryanne Sherbacow, by: |
| /s/ Stuart G. Blackburn #ct00686<br>Stuart G. Blackburn, Esq.<br>Blackburn & Donnelly, LLC<br>2 Concorde Way, PO Box 608<br>Windsor Locks, CT 06096<br>Ph. 1-860-292-1116<br>F  1-860-292-1221<br>sgb@sgblackburn.com | /s/ Jon D. Biller #ct03546<br>Jon D. Biller, Esq.<br>Biller, Sachs, Zito & LeMoult<br>2750 Whitney Avenue<br>Hamden, CT 06518<br>Ph. 1-203-281-1717<br>F. 1-203-281-7887<br>attorneys@bszllaw.com |
| | The Defendant, Carrington Mortgage Services, LLC by: |
| | /s/ Gabriel T. Dym #ct439968<br>Gabriel T. Dym, Esq.<br>Eckert Seamans Cherin & Mellott, LLC<br>Two International Place, 16th Floor<br>Boston, MA 02110<br>Ph. 1-617-342-6800<br>F. 1-617-342-6899<br>gdym@eckertseamans.com |

  Dated:  March 13, 2020